JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FERD N. NASH,                          )          Case No.: CV 12-8340 DSF (FMOx)
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )          JUDGMENT
                                       )
HOWOOD PROPERTIES, L.P., et            )
al.,                                   )
                                       )
            Defendants.                )
                                       )
_____

     The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to motions to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____  11/1/12

_____
Dale S. Fischer
United States District Judge